# TAB 9

**quinn emanuel** trial lawyers | houston

Pennzoil Place, 711 Louisiana Street, Suite 500, Houston, Texas 77002-2721 | TEL (713) 221-7000 FAX (713) 221-7100

WRITER'S DIRECT DIAL NO.
**(713) 221-7171**

WRITER'S EMAIL ADDRESS
**karlstern@quinnemanuel.com**

April 6, 2016

Felicia Pitre
Dallas County District Clerk
George Allen Courts Building
600 Commerce Street, 4th Floor
Suite 455, Dallas, Texas 75202

Re:   Cause No. DC-16-02809; *Jamie Welch v. Energy Transfer Equity, L.P. and LE GP, LLC*; In the 191st Judicial District Court of Dallas County, Texas.

Ms. Pitre:

By filing of this letter, please accept payment of the remaining balance of $8 for Envelope #9964172 for the filing dated April 5, 2016.  Please issue a citation to Defendant LE GP, LLC to its registered agent: Clay Kutch, 2828 Woodside Street, Dallas, Texas 75204.

Very truly yours,

Karl S. Stern

Enclosure

06967-00001/7853159.1

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS